AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00444 |
| | ) Assigned to: Judge Faruqui, Zia M. |
| NICHOLAS JAMES BROCKHOFF | ) Assign Date: 5/24/2021 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding certain Officers or Employee of the United States in the Performance of their Office Duties, |
| 18 U.S.C. § 111(b)(1) | Use of a Deadly or Dangerous Weapon, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, (Misdemeanor), |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, (Misdemeanor), |
| 18 U.S.C. § 1752(a)(4) | Knowingly Engages in Act of Physical Violence against any Person or Property in any Restricted Building or Grounds, (Misdemeanor), |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in Capitol Building, (Misdemeanor), |
| 40 U.S.C. § 5104(e)(2)(F) | Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings, (Misdemeanor), |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building, (Misdemeanor). |

This criminal complaint is based on these facts:

See attached statement of facts.

X Continued on the attached sheet.

_____
*Complainant's signature*

Bryon J. Speakes, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___ 05/24/2021 ___

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*