**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NICHOLAS JAMES BROCKHOFF,**<br><br>Defendant. | **Case No. 21-mj-444 (ZMF)** |

**ORDER**

To preserve the Defendant's Sixth Amendment Right to Counsel, to allow time for future counsel to make decisions regarding any appeals of Defendant's pretrial detention, and to ensure that the Defendant's right to a preliminary hearing within 14 days of his initial appearance is maintained, Fed. R. Crim. P. 5.1(c), it is hereby

**ORDERED** that the United States Marshals Service shall keep Defendant in his current detention facility to ensure his appearance at a hearing before the undersigned, which will be scheduled upon confirmation that Defendant remains at the initial detention facility. The United States Marshals Service shall not transport Defendant to Washington, D.C. until and unless an order to that effect is issued by this Court. The United States Marshals Service shall coordinate with the detention facility, counsel, and this Court to ensure Defendant is available for any future remote hearings.

**SO ORDERED.**

_____
Zia M. Faruqui
United States Magistrate Judge