# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Vs.                                                          **CASE NO.: 21-MJ-00444**

**NICHOLAS BROCKHOFF,**
    **Defendant.**
_____/

### AFFIDAVIT IN REAGRDS TO PRIOR APPEARANCES OF ALEX R. STAVROU, ESQUIRE, IN THE UNITED STATES DISTRICT COURT – DISTRICT OF COLUMBIA, IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

ON THIS DAY personally appeared before me, the undersigned authority, ALEX R. STAVROU, ESQUIRE, and who being duly sworn, and under Oath, states:

a. I am a practicing attorney in the state of Florida. My information is as follows:

Mailing address: 13046 Racetrack Road, #333, Tampa, Florida 33626

Physical address:  Alex R. Stavrou, P.A.

    4809 East Busch Boulevard, #204
    Tampa, Florida 33617
    Phone: 813-251-1289x1
    Fax: 813-489-2528
    Email: Alex@alexstavrou.com

b. I have been a member in good standing of the Florida Bar Association since my admission in 1997. My Florida Bar is 0108390. I am also admitted to practice in the Middle District for the Southern and Middle Districts of Florida; and the 11th Circuit Court Appeals.

1

c. The undersigned has never previously been admitted into the United States District Court – District of Columbia.

d. This affidavit is being filed in support of DOC 7, motion for admission Pro Hac Vice, pursuant to Rule 83.2(d) of the Local Rules to the District of Columbia, and pursuant to this Court's minute order instruction requesting clarification as to whether counsel has previously been admitted Pro Hac Vice. My application for full admission to the United States District Court for the District of Columbia is pending approval in the coming week.

FURTHER AFFIANT SAYETH NOT.

Date:   June 24, 2021                                       /S/ ALEX R. STAVROU, ESQ.

                                                                                                         _____
Signature of Affiant
ALEX R. STAVROU, ESQUIRE
Alex R. Stavrou, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-251-1289x1
Fax: 813-489-2528
Florida Bar No. 0108390
Alex@alexstavrou.com